

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  PARKER, JAMES A. | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  421 Gold Ave., S.W.  ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP███ LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 11 A 11: 30 RECEIVED

Parker, James A.

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Community Banks of Colorado | Guaranty by JPFP     LLC of promissory note | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | K | T | | | | | |
| 2. BankAmerica | D | Dividend | | | Sold | 01/20/09 | L | | Open Market (loss) |
| 3. U.S. Treas Notes | A | Interest | O | T | | | | | |
| 4. CkngAcct.&CDs BkAm-Albuquerque, NM | B | Interest | N | T | Buy (add'l) | 04/21/09 | M | | Bk Am (CD) |
| 5. Agency Acct- JPMorgan | A | Interest | J | T | | | | | |
| 6. Parcel #1, Harris Co., TX (Undivided 50%) | | None | N | S | | | | | |
| 7. Parcel #3, Harris Co., TX (Undivided 50%) | | None | O | S | | | | | |
| 8. Parcel #1,LiveOakCo., TX (Undivided 50%) | D | Rent | O | S | | | | | |
| 9. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 10. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 11. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 12. LOUISIANA | | | | | | | | | |
| 13. Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 14. VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 15. TEXAS | | | | | | | | | |
| 16. Dobie Ranch, Live Oak Co. | E | Royalty | L | W | | | | | |
| 17. COLORADO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. O.R.R.I. & R.I., Weld, Adams, & Arapahoe Cos. | G | Royalty | O | U | | | | | |
| 19. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 20. Wells, Adams Co., CO. | F | Distribution | M | U | | | | | |
| 21. Well, Arapahoe Co, CO. | D | Distribution | K | U | | | | | |
| 22. Wells, Washington Co., CO | E | Distribution | K | U | | | | | |
| 23. Wells, Weld Co, CO | G | Distribution | N | U | | | | | |
| 24. Well, Elbert Co., CO | C | Distribution | J | U | | | | | |
| 25. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 26. Emerson Elec. | | None | | | Sold | 02/25/09 | K | | Open market (loss) |
| 27. Intel | | None | | | Sold | 02/20/09 | L | | Open market (loss) |
| 28. Cisco Systems Inc | | None | | | Sold | 02/05/09 | L | | Open market (loss) |
| 29. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 02/20/09 | K | | Open market (loss) |
| 30. Staples, Inc. | | None | | | Sold | 02/05/09 | L | | Open market (loss) |
| 31. Transocean Ltd | | None | K | T | | | | | |
| 32. Verizon Global Note | B | Interest | K | T | | | | | |
| 33. Bank of America CDs & Accts. (JPFP LLC) | D | Interest | N | T | | | | | |
| 34. Franklin U.S. Government Securities | D | Interest | M | T | Buy | 05/12/09 | M | | Open market |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Franklin Rising Dividends Fund | A | Interest | | | Sold | 02/20/09 | L | | Open market (loss) |
| 36. Franklin Large Cap Equity | C | Interest | O | T | Buy | 05/12/09 | O | | Open market |
| 37. Vanguard Emerging Markets | B | Interest | L | T | Buy | 05/13/09 | L | | Open market |
| 38. Beacon Mutual Service Fund | A | Interest | | | Sold | 02/20/09 | K | | Open market (loss) |
| 39. CJS Denver Holdings, LLC | | None | J | U | | | | | |
| 40. MBH Enterprises,LLC | E | Distribution | N | U | | | | | |
| 41. AFG, LLC | E | Distribution | J | U | | | | | |
| 42. Westfield Res. Partners | | None | K | U | | | | | . |
| 43. Roche Holdings Ltd | A | Dividend | | | Sold | 02/20/09 | L | | Open market (loss) |
| 44. Celgene Corp | A | Dividend | | | Sold | 02/20/09 | L | | Open market (loss) |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2009 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, Colo ado Uplift, St. Joseph's Cancer Center, and Holy Spirit Anglican Church.

During 2009 I made gifts exceeding $1,000.00 in value of interests in our ▓▓▓ LLC ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

The securities shown on lines 1-3,26-32,34-38,43 and 44 of Section VII were held during 2009 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 5, Section VII) is an account in which ▓▓▓▓▓▓▓ I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 12-14, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 5, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 13-14 of Section VII.

Value code S was used for the following properties:

| | | | | |
|---|---|---|---|---|
| Line 6 | Parcel | #1, Harris Co., TX | $538,087 | (JPFP, LLC 50%=$269,043) |
| Line 7 | Parcel | #3, Harris Co., TX | $1,574,746 | (JPFP, LLC 50%=$787,373) |
| Line 8 | Parcel | #1, Live Oak Co., TX | $1,037,610 | (JPFP, LLC 50%= $518,805) |
| Line 9 | Parcel | #1, Bernalillo Co., NM | $162,900 | (JPFP, LLC 25%= $40,725) |
| Line 10 | Parcel | #2 Bernalillo Co., NM | $65,700 | (JPFP, LLC 50%= $37,850) |
| Line 25 | Parcel | #1, La Plata Co., Co | $617,920 | (JPFP, LLC 25%=$154,480) |

During 2009 I and/or JPFP ▓▓▓▓ LLC received a refund for overpayment of state taxes from New Mexico within income code B, from Colorado within income code D, and from Louisiana within income code A.

The descriptions on lines 11, 12, 15, 17 and 19 of Section VII are merely headers.

During 2009 I received a distribution within Value A from the Estate of William B. Stuessy.

During 2009 on various dates I purchased additional units of Franklin US Government Securities Fund in the total amount shown in Column D(3) on line 34 of Section VII and the total value of all purchases at year end is shown in Column (1).

During 2009 on various dates JPFP ▓▓▓▓ LLC acquired working interests in ▓ new wells in Weld County, Colorado of value E resulting in a total year end value in catagory N for ▓ wells in Weld County which had a combined income within catagory G as reported on Line 23 of Section VII.

| Name of Person Reporting | Date of Report |
| --- | --- |
| PARKER, JAMES A. | 05/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL W O KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544